IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-245-BO

| | |
|---|---|
| LA SONDA R. STASINOPOLOUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| L.M. SANDLER & SONS, INC., ) | |
| CHESAPEAKE HOMES OF NORTH ) | |
| CAROLINA, INC., TODAY HOMES ) | |
| REALTY, L.L.C., JOHN BARNES, JIM ) | |
| SWINGLE, and KERRI WOODWARD, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court following the entry of an order directing plaintiff to show cause why this case should not be dismissed with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). [DE 39]. Plaintiff has failed to respond to the Court's order within the time provided or to show cause why this case should not be dismissed. Accordingly, this action is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk is DIRECTED to close the case.

SO ORDERED, this 23 day of April, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE