UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LA SHONDA R. STASINOPOULOS,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　)　　　　**JUDGMENT**
　　　　　　　　　　　　　　　　　　)　　　　5:18-CV-524-BO
L.M. SANDLER & SONS, INC.,　　　　　)
CHESAPEAKE HOMES OF NORTH　　　)
CAROLINA, INC., TODAY HOMES　　　)
REALTY, LLC, JOHN BARNES, JIM SWINGLE, )
and KERRI WOODWARD,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　　　)
　　　　　　　　　　　　　　　　　　)

**Decision by Court.**
This matter comes before the Court following the entry of an order directing plaintiff to show
cause why this case should not be dismissed with prejudice for failure to prosecute under Federal
Rule of Civil Procedure 41(b). [DE 39].

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED WITH
PREJUDICE for failure to prosecute.

This case is closed.

**This judgment filed and entered on April 24, 2019, and served on:**
La Shonda R. Stasinopoulos (via CM/ECF Notice of Electronic Filing)
Randall D. Avram (via CM/ECF Notice of Electronic Filing)


　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

April 24, 2019

　　　　　　　　　　　　　　　　　/s/Lindsay Stouch
　　　　　　　　　　　　　　　　By: Deputy Clerk